UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JUSTIN BULLOCK,   :
*on behalf of himself and all others similarly*   :
*situated*,   :
:   24-CV-4271 (VSB)
                          Plaintiff,   :
:   **ORDER**
           -against-   :
:
OUTLAW SOAPS, INC.,   :
                     Defendant.   :
:
-------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on June 5, 2024, (Doc. 1), and filed an affidavit of service on August 14, 2024, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was July 9, 2024. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 26, 2024. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 27, 2024
            New York, New York

                                                  _____
                                                  VERNON S. BRODERICK
                                                  United States District Judge