UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JUSTIN BULLOCK, :
*on behalf of himself and all others similarly* :
*situated,* :
                                     Plaintiff, : 24-CV-4271 (VSB)
:
                  -against- : **ORDER**
:
OUTLAW SOAPS, INC., :
:
                           Defendant. :
:
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on June 5, 2024, (Doc. 1), and filed an affirmation of service on August 14, 2024, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was July 9, 2024. On August 27, 2024, I directed Plaintiff to seek default judgment by no later than September 26, 2024. (Doc. 6.) I warned, "If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I will dismiss Plaintiff's claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (*Id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has not sought default judgment or taken any action to prosecute this case.

      Accordingly, Plaintiff's claims are dismissed without prejudice pursuant to Rule 41(b). The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:   October 2, 2024                           _____
          New York, New York                VERNON S. BRODERICK
                                                     United States District Judge